IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM PACHECO RIVERA | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-4588 |
| NANCY A. BERRYHILL | : |
| | : |

## ORDER

**AND NOW**, this 13th day of April 2017, upon consideration of Plaintiff's Request for review (ECF Doc. No. 11), Defendant's Response (ECF Doc. No. 12), United States Magistrate Judge Jacob P. Hart's March 28, 2017 Report and Recommendation (ECF Doc. No. 15) with no objections, and upon review of Judge Hart's findings regarding the need to review the claim of disabling fatigue, and reconsideration of the credibility of claimant and his wife upon prompt remand, it is **ORDERED**:

1. Judge Hart's Report and Recommendation (ECF Doc. No. 15) is **ADOPTED**;

2. The request for review (ECF Doc. No. 1) is **GRANTED in part and DENIED in part** consistent with Judge Hart's Report and Recommendation;

3. We **remand** consistent with Judge Hart's Report and Recommendation (ECF Doc. No. 15).

_____
**KEARNEY, J.**